BEFORE THE FIRST DIVISION, MARCH 7, 1966

**No. 69817.**—Salim Sarkis Dominguez *v.* United States, protests 60/10786, 60/2330, and 60/2325 (Nogales).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.